# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ME60 | 9675478 | Hovanec | 922 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 07/31/2025 | 4.23(a)(2) |

**Place of Offense:** Acadia National Park – Schoodic District – Campground

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Operating under the influence of Alcohol or Drugs – Operators BAC ≥ .08

### DEFENDANT INFORMATION
Phone: [REDACTED]

| Last Name | First Name | M.I. |
|---|---|---|
| Emerson | Parker | M |

Street Address: [REDACTED]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Denver | CO | 80201254 | [REDACTED] |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 172219830 | | CO | |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: Brown | Eyes: Blue | Height: 5'07" | Weight: 190

### VEHICLE
VIN: | CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| AWFE31 | CO | 17 | Honda HR-V | | Blue |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| U.S. District Court<br>202 Harlow Street<br>Bangor, ME 04401<br>(207) 945-0373 | 8/7/2025<br>Time: 11:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original – CVB Copy

*9675478*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 31, 2025, while exercising my duties as a law enforcement officer in the District of Maine, within the exterior boundaries of Acadia National Park: I, Officer Hovanec witnessed a Blue Honda HR-V, bearing CO AWFE31 traveling East on Farview Drive. The vehicle drove past me with a bike rack hanging off the passenger side rear of the car. I then observed the HRV at the end of Farview Drive circling the rotary repeatedly. After the second time around the rotary, I initiated a traffic stop where I contacted EMERSON, Parker as the operator. EMERSON had a slurred speech, glossy eyes, and the smell of alcohol was permeating from his vehicle. I asked him to step out of the vehicle and observed that his right sandal was on partially and backwards. I placed EMERSON under arrest, and at Hancock County Jail, EMERSON blew .27 into a calibrated breathalyzer and I charged him with CFR4.23(a)(2) Operating Under the Influence of Alcohol and Drugs with a BAC > .08 This interaction was audibly and visually recorded.

See Report.

Nothing Further.

**Loc. Code ME60**
**Violation No 9675478**

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/31/2025 _____
Date (mm/dd/yyyy) | Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) | U.S. Magistrate Judge