UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PARKER EMERSON | No. 1:25-po-00002-JCN |

**PROSECUTION VERSION OF THE OFFENSE**

With respect to Violation Notice 9675478 (Operating Under the Influence), on about July 31, 2025, in the District of Maine, the defendant did operate and was in actual physical control of a motor vehicle while having a breath alcohol concentration of 0.08 grams or more of alcohol per 210 liters of breath, within the boundaries of Acadia National Park, federally owned lands administered by the National Park Service, and on roadways and parking areas within a park area that are open to public traffic and that are under the legislative jurisdiction of the United States, in violation of Title 36, Code of Federal Regulations, Sections 4.23(a)(2) and 1.3.

Specifically, on July 31, 2025, at approximately 2:30 p.m., Ranger Zachary Hovanec with the National Park Service was notified by a campground employee at Schoodic Woods Campground in Winter Harbor, Maine, within Acadia National Park ("ANP"), that a camper at a particular campsite appeared "out of it." Ranger Hovanec went to the campsite and made contact with the Defendant, who the Ranger observed was visibly intoxicated. The Defendant admitted drinking a couple of beers and said he wanted to go to sleep and that he would not drive. Ranger Hovanec eventually left the area.

Later that day, around 8:15 p.m., Ranger Hovanec drove by the Defendant's campsite and saw that the Defendant's vehicle was missing. A short time later, Ranger Hovanec located the vehicle on Farview Drive within ANP. Ranger Hovanec observed the Defendant operating the vehicle while dragging a bike rack and saw him come to a stop in

1

a rotary. Ranger Hovanec stopped the vehicle and made contact with the Defendant. Ranger Hovanec observed that the Defendant's eyes were glossy, his speech was slurred, and he had an odor of intoxicants coming from him. Ranger Hovanec observed signs that the Defendant was impaired during standard field sobriety tests.

The Defendant was subsequently arrested and transported to the Hancock County Jail for chemical testing. At the jail, the Defendant submitted to an intoxilyzer test, which showed a result of 0.27 grams of alcohol per 210 Liters of breath.

Had this case proceeded to trial, the Government would have offered the testimony of Ranger Hovanec with the National Park Service about the investigation and the specific events described above. Additionally, the Government would have introduced in evidence body worn camera footage from the Ranger involved in the investigation. The Government would have offered in evidence the results of the Defendant's intoxilyzer test. The evidence would have been sufficient to prove beyond a reasonable doubt the charge contained in Violation Notice number 9675478 (OUI).

Date: October 20, 2025

Respectfully submitted,
CRAIG M. WOLFF
Acting United States Attorney

By:   */s/ Alisa Ross*
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04401
(207) 945-0373
Alisa.Ross@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2025, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Kaylee Folster, Esq.
    Counsel for the Defendant

                                    CRAIG M. WOLFF
                                    Acting United States Attorney

By:    */s/ Alisa Ross*
            Assistant U.S. Attorney
            United States Attorney's Office
            202 Harlow Street
            Bangor, ME 04401
            (207) 945-0373
            Alisa.Ross@usdoj.gov